THE GERMANIA FIRE INSURANCE COMPANY, Appellant, *v.*
JOHN R. FRANCIS, Respondent.

(Argued October 16, 1890; decided December 2, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the first judical department, entered upon an order made April 4, 1887, which denied a motion for a new trial on exceptions ordered to be heard at first instance at General Term and affirmed a judgment in favor of defendant entered upon an order dismissing the complaint.

*G. W. Cotterill* for appellant.

*John E. Risley* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed. _____